UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CRIMINAL MINUTES

<u>UNITED STATES OF AMERICA</u>          Case No. <u>09-20264-CR-KING</u>
                                          Date      <u>May, 26, 2009</u>
vs.

<u>JUNIOR SYLVIN, ET AL.</u>              JUDGE JAMES LAWRENCE KING


DEPUTY CLERK: Joyce M. Williams     COURT REPORTER: Judy Shelton

**TYPE OF PROCEEDING: MOTION FOR COPY COSTS**

Status Conference ___     Calendar Call __     Other __X__
Oral Argument: _____
               _____
               _____

Counsel for Plaintiff: <u>Russell Koonin, AUSA</u>


Counsel for Defendant: <u>Barry Greff, Esq.   Michael Smith, Esq.</u>
<u>Gregory Samms, Esq.  Robin Blake, Esq.</u>


ORAL ARGUMENT ON MOTION TO BE SET FOR: _____

TRIAL SET FOR: _____

LOCATION:   MIAMI/KEY WEST

STATUS CONFERENCE SET FOR: _____

TRIAL CONTINUED TO:     **OCTOBER 19, 2009 @ 9:00 A.M.**

SENTENCING DATE:

- Oral argument held on Defense Motion for Copy Costs, Defense Motion for Continuance and extension of Time
- The Court finds and the parties agree that the complete copy of Discovery shall be provided from co-counsel (Michael Smith and Jeffrey Weinkle) to all other counsel of each defendant as they deemed necessary within the next 20 days
- Defense motion to continue trial date - GRANTED
- The Court hereby finds that the Motion for Extension of Time to file Motions is hereby - Granted
- The transcripts shall be furnished by June 26, 2009
- Counsel for the defendants shall have until July 24, 2009 to file any motions regarding transcripts (only)

- Counsel for Junior Sylvin (Barry Greff, Esq) shall file a proposed order outlining the ruling of the Court
- The transcript of this hearing is hereby ordered