## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-20264-CR-KING

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUNIOR SYLVIN,
EMMANUEL OTHELLO,
NIKO THOMPSON,
ZIV BYTHOL,
TARVUS DANIELS,
FRANTZ STERLIN,
CHRIS VICTOR,
ERIC TAYLOR, and
GORDON LOUIS,

      Defendants.

_____/

### ORDER DENYING DEFENSE MOTIONS TO SUPPRESS WIRE TAP

The Defendants have jointly moved to suppress wire communications authorized by this Court upon the basis that the Government had failed to exercise all reasonable available options before reasserting to tapping the communications of Defendants.

The Magistrate considered this issue and entered his Report and Recommendation recommending that this motion be denied. The matter is before the Court upon appeal from that and after a *de novo* review, the Court finds and concludes that this Report and Recommendation is well reasoned after thorough consideration by the Magistrate. It is therefore,

ORDERED, ADJUDGED and DECREED as follows:

1)    That the Report and Recommendation of October 2, 2009 **(D.E. #194)** be,

and it is hereby **AFFIRMED and ADOPTED**.

2)    The Defendants' Motion to Suppress Wire Communications **(D.E. #141)**

be, and the same is hereby **DENIED**.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 23rd day of April, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Ted E. Bandstra

Russell Koonin, AUSA
United States Attorney's Office

**Counsel for Defendant Junior Sylvin:**
Barry Steven Greff, Esq.
1112 Weston Road
Weston, FL 33326

**Counsel for Defendant Niko Thompson:**
David Antonio Donet , Jr., Esq.
Donet McMillan & Trontz
701 SW 27th Avenue
Suite 603
Miami, FL 33135

**Counsel for Defendant Ziv Bythol:**
Michael Gary Smith, Esq.
110 S.E. 6th Street
Suite 1970
Ft. Lauderdale, FL 33301

2

***Counsel for Defendant Tarvus Daniels:***
Gregory Antonio Samms, Esq.
225 Alcazar Avenue
Coral Gables, FL 33134

***Counsel for Defendant Frantz Sterlin:***
Jeffrey David Weinkle, Esq.
19 W Flagler Street
Suite 407
Miami, FL 33130

***Counsel for Defendant Chris Victor:***
Scott William Sakin, Esq.
1411 NW North River Drive
Miami, FL 33125

***Counsel for Defendant Eric Taylor:***
Jan Christopher Smith , II, AFPD
Federal Public Defender's Office
150 W Flagler Street
Miami, FL 33130-1556

***Counsel for Defendant Gordon Louis:***
Robyn Michelle Blake, Esq.
Robyn M. Blake, P.A.
20295 N.W. 2nd Avenue
Suite 215
Miami, FL 33169