```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
2                  CASE NO. 09-20264-CR-KING

3
   UNITED STATES OF AMERICA,            TRIAL TRANSCRIPT EXCERPT
4
                Plaintiff,              Tuesday, April 27th, 2010
5         vs.                                   Miami, Florida
   JUNIOR SYLVIN, FRANTZ STERLIN,
6  CHRIS VICTOR, and ERIC TAYLOR,

7              Defendants.                  Pages 1 through 34

8

9

10          CRIMINAL JURY TRIAL TRANSCRIPT EXCERPT
         CROSS-EXAMINATION OF AGENT MICHAEL RAINWATER BY
11        BARRY S. GREFF, ATTORNEY FOR DEFENDANT SYLVIN
           BEFORE THE HONORABLE JAMES LAWRENCE KING
12              UNITED STATES DISTRICT JUDGE

13

14

15 APPEARANCES:
   For the Plaintiff:            Russell Koonin, AUSA
16                               Robert J. Luck, AUSA
                                 Office of U.S. Attorney
17                               99 NE 4 Street
                                 Miami, Florida  33132
18

19 For Defendant Junior Sylvin:  Barry S. Greff, Esq.
   For Defendant Frantz Sterlin: Jeffrey D. Weinkle, Esq.
20 For Defendant Chris Victor:   Scott W. Sakin, Esq.
   For Defendant Eric Taylor:    Jan C. Smith, FPD
21

22
   Reported By:  Judith M. Shelton, CRR
23               Official United States Court Reporter
                 400 N. Miami Avenue, Room 8N09
24               Miami, FL  33128
                 (305)523-5294
25               judy_shelton@msn
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1

2          MR. KOONIN:  Your Honor, I have no further questions

3   for this witness.

4          THE COURT:  All right.  Who would like to go first on

5   cross-examination?

6          MR. GREFF:  I guess that's going to be me, Your

7   Honor.  Give me one second, please?

8                        CROSS-EXAMINATION

9   BY MR. GREFF:

10  Q.  Agent Rainwater, good afternoon.

11  A.  Good afternoon.

12  Q.  Now, when you started your direct testimony today, you

13  presented a driver's license for Junior Sylvin, correct?

14  A.  Yes.

15  Q.  And the address on that driver's license is 8426 NW 2nd

16  Avenue, correct?

17  A.  I believe so, yes.

18  Q.  All right.  And you're actually aware that that is Junior

19  Sylvin's mom's address, isn't it?

20  A.  I'm not sure whose address it is.  It's on his driver's

21  license, and that's where we saw him at.

22  Q.  So it's your testimony that you're not aware that his

23  mother lives at that address.

24  A.  I don't believe so.

25  Q.  You're lead agent in this case, so you should be aware of

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  all the evidence --

2         THE COURT:  Oh, I'm sorry.  Please.  Ask him what he

3  does know about.  He said he doesn't know about it.  Move on.

4         MR. GREFF:  Okay.

5  Q.  Are you aware that Junior Sylvin visits that address

6  frequently?

7  A.  Yes.

8  Q.  Are you aware that Junior Sylvin sleeps over at that

9  address?

10 A.  Yes.

11 Q.  I'm going to move your attention to the address at 35 NE

12 68th Street.  That's the one where all this evidence was

13 brought into the courtroom; you're familiar with that

14 residence, you testified to on direct.

15 A.  Yes.  Yes.

16 Q.  Now, that residence, where all this is, that's actually

17 Emmanuel Othello's house, correct?

18 A.  That's correct.

19 Q.  And as a matter of fact, the first picture you showed on

20 the wall up here is the front door of that house, isn't it?

21 A.  Yes.

22 Q.  And as a matter of fact, you're aware that the people that

23 were in that residence, that live in that residence, are

24 Emmanuel Othello's family, correct?

25 A.  I don't believe Patricia was family.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

4

```
 1   Q.   I'm sorry?

 2   A.   I don't believe the female that was there at the time of

 3   the warrant, she was family.

 4   Q.   So your answer is that one female there wasn't family.

 5   A.   Right, Horup (phonetic) was there, his brother.

 6   Q.   So his brother was there?

 7   A.   Correct.

 8   Q.   So it's clear, Emmanuel Othello's brother was there,

 9   correct?

10   A.   Yes.

11   Q.   And were there other members of Emmanuel Othello's family?

12   A.   Not present.

13   Q.   Did they come at some point?

14   A.   They may -- I don't recall.

15   Q.   So you don't recall his mom and dad being there?

16   A.   They could have came up.

17   Q.   You don't know?

18   A.   No.

19   Q.   As a matter of fact, didn't you find additional monies,

20   thousands of dollars, in the front of that residence?

21   A.   Approximately $4,000.  And some -- and Haitian currency.

22   Q.   Right.  In the front of the residence, where the family

23   lives, correct?

24   A.   Yes.

25   Q.   Now, on direct examination, you talked about a 2001 Monte
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1    Carlo, correct?

2    A.   Yes.

3    Q.   And that's the car that was allegedly stopped on December

4    8, late in the night, December 9, correct?

5    A.   Yes.

6    Q.   And on direct examination, you indicated that that was a

7    vehicle that Junior Sylvin drove?

8    A.   Yes.

9    Q.   But it's true, isn't it, that that's a vehicle that

10   Emmanuel Othello drove very often?

11   A.   I also said that Emmanuel was seen in that car, yes.

12   Q.   And very -- okay.  That's my point.  Isn't it true, as

13   lead investigator in this case, as lead agent, isn't it true

14   that Emmanuel Othello drove that car very often?

15   A.   I wouldn't say "very often."  I would say I've seen Junior

16   drive that car more than Emmanuel Othello.

17           THE COURT:  Let's don't get into all these opinions.

18   How often did you see Othello driving the car, approximately?

19           THE WITNESS:  15 percent of the time.

20   BY MR. GREFF:

21   Q.   15 percent of the time?  Okay.

22           THE COURT:  Well, that doesn't tell us much.  When

23   did you see Othello driving the car, between what period of

24   time and what period of time?

25           THE WITNESS:  Between mid-November through the

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  duration of the wire.

2           THE COURT:  Which was?

3           THE WITNESS:  November the 18th through January the

4  15th.

5           THE COURT:  How many times did you see Othello

6  driving the car?

7           THE WITNESS:  Approximately two or three.

8           THE COURT:  All right.  Next question.

9           Trying to pin this thing down rather than just

10  getting opinions from him.  Go ahead.

11  BY MR. GREFF:

12  Q.  Now, on direct examination you weren't asked whether or

13  not you had checked to see who the 2001 Monte Carlo was

14  registered to; who was it registered to?

15  A.  Emmanuel's sister, Jeanette.

16  Q.  Jeanette Othello, correct?

17  A.  Yes.

18  Q.  That's the Monte Carlo that was involved in the stop in

19  this case, correct?

20  A.  Yes.

21  Q.  And as a matter of fact, wasn't it registered to Jeanette

22  Othello at the address where all this stuff was found?

23  A.  I believe that's what the records indicate.

24  Q.  You testified that all this stuff that has been presented

25  to the jury, all this evidence right here, was taken out of

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  the back of Emmanuel Othello's house, correct?

2  A.  Yes.  It was in an apartment attached to 35 Northeast.

3  Same roof, sharing the same wall, yes.

4  Q.  Okay.  So we're very clear, this is a completely different

5  residence on -- miles away from the address that's on Junior

6  Sylvin's driver's license, correct?

7  A.  I wouldn't say it's miles away.

8  Q.  You wouldn't?

9  A.  68th Street and 84th Street.  So you're looking at,

10 what is that, 14 blocks?  Maybe a mile.

11 Q.  Okay.  So a mile away.

12 A.  Okay.

13 Q.  And of course you have the availability of all types of

14 testing and procedures, forensic-type evidence that you can go

15 through and you can check all of this, correct?

16 A.  We submit it to our lab, whether it's drug evidence or

17 nondrug evidence.

18 Q.  Right.  For fingerprints, DNA, that kind of stuff,

19 correct?

20 A.  Yes, if we can.  Not for DNA.

21 Q.  Okay.  And you have no evidence whatsoever, forensic

22 evidence that attaches this to Junior Sylvin, do you?

23 A.  Forensic evidence?

24 Q.  Yes.

25 A.  No.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1   Q.  Now, you testified on direct examination, and your exact

2   words, when you were asked by Mr. Koonin, you testified that

3   the phone numbers that you use for the wiretaps were assigned

4   to Junior Sylvin, do you recall that?

5   A.  I don't know if I used the word assigned.

6   Q.  Well, that's what I heard.  You don't recall using the

7   word assigned?  That's not accurate, is it?  It was not

8   assigned to Junior Sylvin, was it?  Either one of those

9   numbers.

10  A.  Not according to subscriber information, it was not.

11  Q.  Right.  As a matter of fact, subscriber information has

12  somebody else's phone number -- I mean, somebody else's name

13  on both phones, correct?

14  A.  Yeah, they're two separate names.

15  Q.  And neither one is Junior Sylvin's, correct?

16  A.  No.

17  Q.  Now, we just heard a lot of phone calls.  And I'm just

18  going to, at this point, just pick out one.  On call number

19  141 -- I'm sorry, it's Bates stamp Number 141 -- you testified

20  that you believe one of the speakers on this call is Junior

21  Sylvin, correct?

22  A.  Can I look in the book?

23  Q.  Of course.

24  A.  Is it page 141, or was it call number 141?

25  Q.  Bates stamp 141.  Now, isn't it true that on --

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  A.  I'm sorry, which, what phone number -- what call are you

2  talking about?  141, page 141, or call number 141?

3  Q.  No, Bates stamp 141.  Which is call number, session number

4  1961.  But it's --

5  A.  Okay, page 141.

6  Q.  141, correct.  On the bottom right-hand corner.

7         Isn't it true, in this call, between this individual

8  that you say was Asilvins Mettyear (phonetic) and the person

9  you say is Junior Sylvin, isn't the person, Junior Sylvin,

10 saying, "I ain't know he had a cell phone"?

11 A.  Yes.

12 Q.  And they're talking about Frantz Sterlin, correct?

13 A.  Yes.

14 Q.  And actually, this Mr. Mettyear has to give this person

15 you believe is Mr. Sylvin the phone number, correct?

16 A.  Yes.

17 Q.  Now, you just read a conviction for Junior Sylvin,

18 correct?

19 A.  Yes.

20 Q.  I want to make it very clear, because the words can be

21 jumbled, that conviction of Junior Sylvin is for habitual

22 traffic offender, correct?

23 A.  Correct.

24 Q.  And that's for traffic violations, correct?

25 A.  It appears.  I'm not that familiar with state charges; but

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  yes, it appears it's traffic related.

2  Q.  Ah.  Agent, you're not sure that that's --

3  A.  No, I didn't say I'm not sure.  I want just wanted to make

4  sure -- I don't deal a lot with state laws.  I deal with

5  federal laws.  But yes, it says traffic offense.

6  Q.  And we're talking about traffic, as far as automobile

7  traffic tickets, right?

8  A.  Yes.

9  Q.  I want to back up to the beginning of the wiretap.  At the

10 time you sought this wiretap, is it fair to say you had about

11 two years experience as a DEA agent?

12 A.  Approximately.

13 Q.  And as far as your ability to become a DEA agent, to be

14 allowed to seek wiretaps, you spent approximately four months

15 total in training prior to becoming a DEA agent, correct?

16 A.  Yes, 16 weeks.

17 Q.  Prior to that four months training, you had no law

18 enforcement experience whatsoever, correct?

19 A.  I was not a police officer, no.

20 Q.  Well, is the answer to my question no?

21 A.  Well, I studied criminal justice.

22 Q.  In school?

23 A.  In school.

24 Q.  You had no law enforcement training.

25 A.  Correct.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  Q.  As a matter of fact, of that two years, in which you then

2  got involved in this case, isn't it true that several months,

3  like three months of that, you're actually on probation,

4  working under another agent?

5          MR. KOONIN:  Objection, Your Honor.

6          MR. GREFF:  Goes to experience.

7          THE COURT:  Sustained.  He's...

8          MR. KOONIN:  And Your Honor, the characterization of

9  probation implies some sort of punishment.

10          THE COURT:  Well, you can go back and you all can

11  argue this.  Waste all the time you wish in closing argument

12  about the terminology, pro and con, and all this stuff.  The

13  objection is sustained to the last question.

14          MR. GREFF:  Thank you, Your Honor.

15  Q.  It's fair to say though, that when you concluded your

16  training to enter the DEA, you were not in a position to

17  actually set up a wiretap, correct?

18  A.  Could I set up a wiretap, could I write a wire affidavit?

19  Sure.

20  Q.  No, I'm not saying today; as soon as you got into the DEA?

21  A.  I understand what you're saying; yes, I could have.

22  Q.  So you're saying that at some point, as soon as you got

23  into the DEA, you were qualified, you felt qualified, you felt

24  that you had been trained sufficiently for the wiretap.

25          THE COURT:  This is getting into his opinion about

1   his qualifications.  He's told us his background.

2            MR. GREFF:  I'll move on, Judge.

3            THE COURT:  You can argue to the jury these things.

4            MR. GREFF:  Yes, sir.

5   Q.  Let's go on regarding the telephone conversations that

6   were being monitored in the case.

7            So that it's clear, when you obtain this wire to

8   listen to people's calls, you have to swear an oath to a judge

9   about certain facts, correct?

10  A.  We have to swear to the affidavit of the content.

11  Q.  Right.  But that's a bunch -- that's a series of facts

12  that you have to swear to, to the judge, correct?

13  A.  Yes.

14  Q.  And it's not just a couple of pages, it's extensive, isn't

15  it?

16  A.  I believe this one was roughly 45 pages.

17  Q.  And you provide this court order that you get to Metro

18  PCS, correct?

19  A.  I provide the order, yes.

20  Q.  And then Metro PCS rearranges the calls to come to your

21  call center, right?

22  A.  They coordinate with our wire room to allow us to

23  intercept phone conversations, yes.

24  Q.  And you're aware that this is done by ISN number, correct?

25  A.  Regarding the phone?

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1    Q.   Yes.

2    A.   ESN number?

3    Q.   Yes, I apologize.

4    A.   ESN, it's actually to ESN or MEID.  They actually changed

5    it.

6    Q.   And that's something that actually can be changed on a

7    phone, correct?

8    A.   Each phone is assigned a ESN, which is -- basically it's a

9    serial number and that can be changed.  If you throw the

10   device away, you will be assigned a new ESN number.

11   Q.   So it can being changed, correct?

12   A.   If you throw away the phone and get a new phone.

13   Q.   All right.  So it's also clear, you describe the room that

14   these calls are listening to, but I don't believe it was clear

15   that these are not law enforcement officers who are listening

16   to the calls, is it?

17   A.   We listen to the phone calls also.

18   Q.   But the majority of the phone calls are first listened to

19   by non-law enforcement, isn't that correct?

20   A.   They're listened to by monitors.

21   Q.   Monitors, who are not law enforcement agents, correct?

22   A.   Correct.

23   Q.   And you indicate that you're in the wire room sometimes

24   and other agents in the wire room sometimes, kind of varies,

25   you're not going to live in there, correct?

1   A.   Sometimes I feel like I'm living in there.

2   Q.   But it does switch off, doesn't?

3   A.   Occasionally.  But mostly -- I will say the majority,

4   myself or the other co-case agent would be in the wire room.

5   Q.   And you're there with alternating different non-law

6   enforcement people, who are actually listening.  They

7   alternate.

8   A.   The monitors?

9   Q.   Yes.

10  A.   Yes, they're on a schedule.

11  Q.   So it's fair to say that over the period of the wire, you

12  had listened to an awful lot of phone calls, correct?

13  A.   Yes.

14  Q.   And you indicated this thing about minimization.  So it's

15  clear, minimization means that the recorder can be turned on

16  and off, correct?

17  A.   Yes.

18  Q.   And therefore, of course, it's obvious, but I need to ask

19  the question.  When the recorder is turned off, the

20  conversation is not recorded, correct?

21  A.   Correct.

22  Q.   And as a matter of fact, you, as the law enforcement agent

23  in the room or whoever it might be, makes the decision as to

24  when to turn the recorder off and on, right?

25  A.   Yes.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  Q.  And of course if you turn it off, you have no way of

2  knowing what occurred while it was off, right?

3  A.  Correct.

4  Q.  Now, clearly, we didn't hear a fraction of the phone calls

5  you recorded, right?

6  A.  Correct.

7  Q.  And the decision as to which calls we did hear was made by

8  yourself and the assistant U.S. attorneys, correct?

9  A.  Yes, we reviewed all the phone calls.

10 Q.  The decision as to which calls were played were decided by

11 you and Mr. Koonin and Mr. Luck, correct?

12 A.  Yes.

13 Q.  Now, in your four months of DEA training, did you have any

14 classes on voice comparison?

15 A.  No.

16 Q.  And you've not taken any since, correct?

17 A.  No.

18 Q.  You have no specific training about detecting voice

19 inflexion or tone of voice, correct?

20 A.  No.

21 Q.  You have no training about distinguishing words or phrases

22 of a speaker, correct?  Training?

23 A.  Can I listen to a phone call and determine what they're

24 saying?

25 Q.  No, that's not what I asked.  I asked training.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  A.   Training in what?

2  Q.   In detecting the difference between words and phrases of a

3  speaker, voice training.  You have no training in that, do

4  you?

5  A.   Do I know what words versus phrases are?

6  Q.   Agent, that's not what I'm asking you.  I'm just asking

7  you if you had any training in the voice?  Any training?

8  A.   Regarding voice detection?

9  Q.   Voice distinction, voice comparison, you have no training.

10  A.   No, no.

11  Q.   Have you heard of a forensic computer used for voice

12  comparison?

13  A.   I'm sure it's used, I'm not --

14       MR. KOONIN:  Your Honor, I'm going to object to

15  relevance here.

16       THE COURT:  Overruled.  You may answer the question.

17       MR. GREFF:  Your answer was?

18  A.   Ask me again.  Repeat the question.

19  Q.   Sure.  Have you heard of a forensic computer that is used

20  to identify or compare voices on tapes?

21  A.   Have I heard of one?

22  Q.   Yes.

23  A.   Yes.

24  Q.   As a matter of fact, do you know that federal agencies use

25  them sometimes like when a bomb threat comes in or something

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  to that?

2  A.   I'm -- I'm not aware they use that.

3  Q.   You're a DEA agent and you don't know that?

4  A.   I don't deal with bombs.

5  Q.   Right.  And you've never heard of that in your experience?

6  A.   That information being used for bombs?

7  Q.   Not bombs, for the calls that come in that might be

8  identified for something in that regard.  Something serious,

9  some kind of threat.

10  A.   For our agency?  No, we do not use that.

11  Q.   I didn't say yours, I said federal agency.  FBI --

12  A.   I'm sure FBI uses it, possibly.

13  Q.   And you all do work together on cases.

14  A.   Well, we're different agencies.

15  Q.   That's not what I asked.  I asked, you do all work

16  together on cases, don't you?

17  A.   I don't work with FBI on a case.

18  Q.   So is it your testimony that the DEA and the FBI never

19  works on cases together?

20  A.   I said that I have never worked with the FBI on a case.

21  Q.   Right, I know that's why I asked the question again.

22        THE COURT:  Without asking to -- a broad opinion, he

23  can tell you what he does.  He says he hasn't.  From time to

24  time, we all know DEA, FBI work together.  Let's move on.

25        MR. GREFF:  And I'll tie this up, but, I mean...

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
1   Q.  Have you ever gotten involved -- do you have any knowledge
2   about sound waves or spectral analysis used to identify,
3   compare voices on recordings?
4   A.  I'm not -- I'm not sure, but I'm sure the technology is
5   out there, yes; and I'm sure it's probably used by the FBI.
6   Q.  But you don't use it?
7   A.  No.
8   Q.  And you didn't use it in this case.
9   A.  No.
10  Q.  Now, we've already established that there are, what was
11  it, thousands of phone calls did you listen to?
12  A.  Yes.
13  Q.  And over those calls, would you say -- fair to say it's
14  what, dozens of different voices that you heard?
15  A.  Sure.
16  Q.  And of the ones that you identified or you believed you
17  identified, is it true that the majority of the voices that
18  you heard were from African-American males?
19  A.  Yes.
20  Q.  It's true that you identified voices of brothers on this
21  wiretap, isn't that correct?
22  A.  What do you mean?
23  Q.  Pursuant to your investigation, have you ever determined
24  that some of the people you heard or believe you heard on the
25  wiretap, you believe from your surveillance or your
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  investigation, that they're related?

2  A.  Yes, of the people we identified.

3  Q.  You indicated earlier on direct examination that one of

4  the ways you determine who you believe is on a telephone call

5  is through surveillance, correct?

6  A.  Yes.

7  Q.  But isn't it true that you swore in an affidavit to the

8  judge for the application for the wiretap that surveillance

9  was insufficient for you to determine the participants, all

10 the participants in this investigation, correct?

11        MR. KOONIN:  Your Honor, I'm going to object.  The

12 reference in the affidavit has nothing to do with the question

13 that's asked.  That's just two completely different topics.

14        THE COURT:  What is the material?

15        MR. GREFF:  Goes to credibility.  I mean, if he told

16 the judge at some point that surveillance --

17        MR. KOONIN:  That's the --

18        THE COURT:  Well, under the rules of evidence, you

19 can't compare prior statements and that sort of thing to

20 establish unless it's directly connected with this case in

21 some way.  The application to the wiretap and the issues

22 relating there should have been ruled upon, about the adequacy

23 of the application.

24        I think I'll sustain this objection.  Sustain this

25 objection.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

20

```
 1   BY MR. GREFF:
 2   Q.   Through past surveillance, you indicated that part of what
 3   went into your decision as to who you believe to be on the
 4   phones, who was speaking, whose phone number was attributed to
 5   someone else, part of what went into that decision was
 6   information that you received from confidential sources,
 7   correct?
 8   A.   That was one part of the investigation, where we received
 9   information.
10          THE COURT:   That question is, when you made the
11   application -- excuse me, did you repeat things or tell the
12   judge things that you had learned from confidential source?
13          THE WITNESS:   Yes.
14          THE COURT:   Okay.
15   BY MR. GREFF:
16   Q.   So part of what went into your decision as to who you were
17   going to say is on each one of these phone calls, part of it
18   was given to you by a confidential source, correct?
19   A.   We did receive information from confidential sources that
20   was corroborated.
21   Q.   That's not what I asked you.   Once again, I asked you if
22   part of your decision as to who you believe is on these
23   telephone calls --
24          THE COURT:   Speaking on the calls.   I'm trying to
25   help you out.
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1          MR. GREFF:  Speaking on the calls, thank you, Judge.

2   Q.  Part of the information that you gathered, that you used

3   to make your determination as to who was speaking on the

4   calls, was provided to you by confidential source, correct?

5          MR. KOONIN:  Your Honor, I'm going to object.  Again,

6   Mr. Greff is mixing two topics.  The application and there's

7   the actual wiretap itself.

8          THE COURT:  This specifically is a question directed

9   to his testimony here today as to who was speaking on the

10  calls.  Now the question is, basically, what did you base your

11  testimony here today?  Was it based on stuff -- on information

12  you'd gotten from somebody else, or was it based on listening

13  to the calls?  You can answer that question.

14         When you stated to this jury, Mr. Sylvin was speaking

15  or Mr. so-and-so was speaking, did you base it on what a

16  confidential informant had told you?  Or did you base it on

17  listening to the phone call?  That's the question.

18         THE WITNESS:  We base that information on information

19  we receive from confidential sources; but with that, you know,

20  surveillance, cooperating events that we had arranged with the

21  confidential source, with Junior Sylvin, and based on the

22  reaction of Junior Sylvin to those scheduled events.

23  BY MR. GREFF:

24  Q.  These confidential sources that you utilized as part of

25  your decision making as far as these telephone calls, these

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  are the same individuals we talked about earlier; this is an

2  individual who is a multiple-convicted felon, correct?

3  A.  Which confidential source are we talking about?

4  Q.  Talk about CS-1.  That's the one you used in this case,

5  right?

6  A.  There was multiple CSs.

7  Q.  Well, we're talking about CS-1 right now.

8  A.  I would have to look at the affidavit to see which CS that

9  is.

10  Q.  So it's your testimony that you don't recall CS-1 was the

11  individual in this case that you're alleging was involved with

12  Mr. Sylvin, or giving you information regarding Mr. Sylvin --

13  A.  If you're discussing the confidential source that was

14  involved with Mr. Sylvin, and you're saying it was CS-1, then

15  that's probably -- I know who that is.

16  Q.  Is it correct, is that the CS that we're talking about?

17  A.  Like I said, there was, like, four CSs.  There was a CS-1,

18  a CS-2, a CS-3.

19  Q.  So it's your testimony that you don't know whether it was

20  CS-1, the person that's involved in this case, the one that

21  set up this alleged controlled buy?

22  A.  If he's the person that set up the controlled buy, then

23  yes.  And your saying that's CS-1, then I know who CS-1 is.

24  Q.  And is it correct that that's who it is, CS-1?

25  A.  Yes, yes.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  Q.  Thank you.  And CS-1, as we indicated, had multiple felony

2  convictions before he gave you this information, correct?

3  A.  I am not sure of his criminal history.  I did not sign

4  this CS.  I was not the controlling agent of the CS.

5  Q.  And you can swear to the judge for the wiretap in this

6  case that this was CS-1 who had at least 17 convictions.  You

7  can swear to the judge?

8  A.  It would have been in the affidavit.

9  Q.  Right.  And you swore to that, correct?

10  A.  Yes.  If you're saying -- I don't know if he has 17

11  convictions.  Like I said, I would have to look at the

12  affidavit and see what his convictions are.

13  Q.  You're the lead agent in this case, correct?

14  A.  Yes.

15  Q.  Everything goes through you, correct?

16  A.  Yes.

17  Q.  You swore to the affidavit, correct?

18  A.  Yes.

19  Q.  It's contained in the affidavit; you swore to it, correct?

20  A.  If it's contained in the affidavit and there's 17

21  convictions in that affidavit, then yes, I swore to 17

22  convictions for CS-1.

23          MR. KOONIN:  As Mr. Greff alluded to, the affidavit

24  is over 50 pages in length and was signed by the --

25          THE COURT:  Well, you can argue that to the jury or

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  cross or redirect when you get your chance.  This is

2  cross-examination.

3  BY MR. GREFF:

4  Q.  How much was the CS paid by the government?

5  A.  I didn't pay the CS.

6  Q.  You're lead agent in the case.  You didn't answer my

7  question.  Do you know how much he was paid?

8  A.  No.

9  Q.  Okay.  So you're lead agent in this case and you don't

10  know how much the CS was paid.

11  A.  That CS, I'm not sure how much he was paid.  Again, I

12  didn't -- wasn't the controlling agent.

13  Q.  Right.  But you're involved in all aspects of this

14  investigation as lead agent, correct?

15  A.  Yes.

16  Q.  You're the big dog, everything goes through you, right?

17  A.  If you want to call it that, yes.

18  Q.  Now also, you're listening to these phones and thousands

19  of conversations and different people, most of -- many of

20  which are -- not most are -- African-American males, and

21  you're listening to these.  And isn't it true that there were

22  numerous, numerous individuals that you could not identify who

23  they were, correct?

24  A.  Yes, there was several.

25  Q.  And there was also numerous individuals who you identified

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  but are not here in this courtroom, correct?

2  A.  Yes.

3  Q.  You're also aware from your position as lead agent that

4  the evidence exists in this case that some of these phones

5  were actually changed, dropped, dumped, whatever, from one to

6  another, correct?

7  A.  Through the course of investigation, yes.

8  Q.  Yes.  And that happens quite regularly, correct?

9  A.  That is common among drug traffickers.

10 Q.  Not what I asked you.  Okay?  I asked you whether it

11 happened in this case.

12 A.  Yes.

13 Q.  And as a matter of fact, isn't it true that when you were

14 listening to these phones calls, you determined that several

15 different people on different occasions had swapped phones,

16 given phones to each other?

17 A.  I do recall one occasion on a certain date, where a phone

18 call -- phones were mixed up.

19 Q.  Right.  Now when you were listening to these calls, after

20 they've come in, you indicated you're in there a lot and your

21 colead might be in there a lot but there were also other

22 agents that would be in there at times that you weren't,

23 correct?

24 A.  Yes.

25 Q.  And as a matter of fact, isn't it true that on occasion,

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  an agent would come to you and say, you know, let's discuss

2  who this call is from or you compare notes and then you would

3  then make a determination as to whose call it was or who you

4  believed it was?

5  A.  Just based on listening to the phone call?

6  Q.  And discussions with other agents.

7  A.  Just based on that?

8  Q.  Yes.

9  A.  There will be agents come to us and say listen, I think I

10  heard something on the phone call.  We would review the phone

11  call.  But we would not base our identification of the use of

12  that telephone solely on listening to a voice.

13  Q.  Right, so he would bring it to you as lead agent because

14  he didn't identify -- he was going to talk to you about it,

15  correct?

16  A.  If there was something of significance in the phone call,

17  where it may lead to identifying someone, yes.

18         MR. GREFF:  Judge, if I could have one moment?

19     (Pause.)

20  BY MR. GREFF:

21  Q.  Plastic bags, where all the cocaine in this case, they're

22  regular old plastic bags, right; they're all smooth plastic

23  bags, correct?

24  A.  I think the heat seal bags are a little bit course.

25  Q.  But other than that?

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1   A.   They're your typical Ziploc bags, sandwich bags.

2   Q.   Now, during your investigation, there was cameras used,

3   correct, still cameras, took pictures?

4   A.   Yes.

5   Q.   And video, correct?

6   A.   Yeah, during the course of the investigation, yes.

7   Q.   Right.  So during this entire time that you're watching

8   these individuals, and Mr. Sylvin in particular, you have

9   still cameras, you have the availability of still cameras,

10  correct?

11  A.   Yes.

12  Q.   And you have the availability of video cameras, correct?

13  A.   Yes.

14  Q.   As a matter of fact, you had a camera right outside this

15  location at 935 NW 80th Street for a long period of time,

16  correct?

17  A.   Yes.

18  Q.   And that took pictures, correct?

19  A.   You would have to actually capture the picture using a

20  laptop.

21  Q.   But you had the ability to do so, didn't you?

22  A.   Yeah, you could take pictures with that.

23  Q.   Well, that's what it was there for; it was a camera,

24  right?

25  A.   Yes.

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1  Q.  And that camera is basically looking around this location

2  on NW 80th Street, to capture whatever type of activity might

3  occur, right?

4  A.  Right.

5  Q.  And of course those cameras that were around the

6  residence, you would use -- the purpose, of course, is to try

7  to capture any kind of illegal activity, correct?

8  A.  Yes.

9        MR. GREFF:  All right.  I have nothing further.

10  Thank you.

11        THE COURT:  Mr. Weinkle.

12        MR. WEINKLE:  Thank you, Your Honor.

13                        * * *

14        I certify that the foregoing is a correct transcript

15  from the record of proceedings in the above matter.

16

17  Date:  Wednesday, April 28, 2010

18

19        s/ JUDITH M. SHELTON, CERTIFIED REALTIME REPORTER
           Signature of Court Reporter

20

21                   INDEX TO WITNESSES

22  NAME                    D     C     RD     RC

23

24  Agent Michael Rainwater..       37

25

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

**$**

**$4,000 [1]** 4/21

**0**

**09-20264-CR-KING [1]** 1/2

**1**

**14 [1]** 7/10
**141 [1]** 8/19 8/19 8/24 8/24 8/25 9/2 9/2 9/2 9/3 9/5 9/6
**15 [2]** 5/19 5/21
**15th [1]** 6/4
**16 [1]** 10/16
**17 [4]** 23/6 23/10 23/20 23/21
**18th [1]** 6/3
**1961 [1]** 9/4

**2**

**2001 [2]** 4/25 6/13
**2010 [2]** 1/4 28/17
**27th [1]** 1/4
**28 [1]** 28/17
**2nd [1]** 2/15

**3**

**305 [1]** 1/24
**33128 [1]** 1/24
**33132 [1]** 1/17
**34 [1]** 1/7
**35 [2]** 3/11 7/2
**37 [1]** 28/24

**4**

**400 [1]** 1/23
**45 [1]** 12/16

**5**

**50 [1]** 23/24
**523-5294 [1]** 1/24
**5294 [1]** 1/24

**6**

**68th [2]** 3/12 7/9

**8**

**80th [2]** 27/15 28/2
**8426 [1]** 2/15
**84th [1]** 7/9
**8N09 [1]** 1/23

**9**

**935 [1]** 27/15
**99 [1]** 1/17

**A**

**ability [2]** 10/13 27/21
**about [21]** 3/3 3/3 4/25 9/2 9/12 10/6 10/10 11/12 11/25 12/9 14/14 15/18 15/21 18/2 19/22 22/1 22/3 22/4 22/7 22/16 26/14
**above [1]** 28/15
**according [1]** 8/10
**accurate [1]** 8/7
**activity [2]** 28/2 28/7
**actual [1]** 21/7
**actually [11]** 2/18 3/16 9/14 11/3 11/17 13/4 13/4 13/6 14/6 25/5 27/19
**additional [1]** 4/19
**address [9]** 2/15 2/19 2/20 2/23 3/5 3/9 3/11 6/22 7/5
**adequacy [1]** 19/22
**affidavit [12]** 11/18 12/10 19/7 19/12 22/8 23/8 23/12 23/17 23/19 23/20 23/21 23/23

**African [2]** 18/18 24/20
**African-American [2]** 18/18 24/20
**after [1]** 25/9
**afternoon [2]** 2/10 2/11
**again [5]** 16/18 17/21 20/21 21/5 24/11
**agencies [2]** 16/24 17/14
**agency [2]** 17/10 17/11
**agent [23]** 1/10 2/10 2/25 5/13 10/2 10/11 10/13 10/15 11/4 14/4 14/22 16/6 17/3 23/4 23/13 24/6 24/9 24/12 24/14 25/3 26/1 26/13 28/24
**agents [5]** 13/21 13/24 25/22 26/6 26/9
**Ah [1]** 10/2
**ahead [1]** 6/10
**ain't [1]** 9/10
**all [25]** 2/4 2/13 3/1 3/12 3/16 5/17 6/8 6/22 6/24 6/25 7/13 7/15 11/10 11/11 11/12 13/13 15/9 17/13 17/15 17/24 19/9 24/13 26/21 26/22 28/9
**alleged [1]** 22/21
**allegedly [1]** 5/3
**alleging [1]** 22/11
**allow [1]** 12/22
**allowed [1]** 10/14
**alluded [1]** 23/23
**already [1]** 18/10
**also [7]** 5/11 13/13 13/17 24/18 24/25 25/3 25/21
**alternate [1]** 14/7
**alternating [1]** 14/5
**am [1]** 23/3
**AMERICA [1]** 1/3
**American [2]** 18/18 24/20
**among [1]** 25/9
**analysis [1]** 18/2
**another [2]** 11/4 25/6
**answer [6]** 4/4 10/20 16/16 16/17 21/13 24/6
**any [6]** 15/13 15/16 16/7 16/7 18/1 28/7
**apartment [1]** 7/2
**apologize [1]** 13/3
**APPEARANCES [1]** 1/15
**appears [2]** 9/25 10/1
**application [5]** 19/8 19/21 19/23 20/11 21/6
**approximately [4]** 4/21 5/18 6/7 10/12 10/14
**April [2]** 1/4 28/17
**are [19]** 3/5 3/8 3/23 9/1 13/14 13/15 13/15 13/18 13/21 14/6 16/5 18/10 22/1 22/3 23/12 24/20 24/20 25/1 26/24
**argue [3]** 11/11 12/3 23/25
**argument [1]** 11/11
**around [2]** 28/1 28/5
**arranged [1]** 21/20
**Asilvins [1]** 9/8
**ask [3]** 3/2 14/18 16/18
**asked [12]** 6/12 8/2 15/25 15/25 17/15 17/15 17/21 19/13 20/21 20/21 25/10 25/10
**asking [3]** 16/6 16/6 17/22
**aspects [1]** 24/13
**assigned [6]** 8/3 8/5 8/7 8/8 13/8 13/10
**assistant [1]** 15/8
**attached [1]** 7/2
**attaches [1]** 7/22
**attention [3]** 3/11
**ATTORNEY [2]** 1/11 1/16
**attorneys [1]** 1/7
**attributed [1]** 20/4
**AUSA [2]** 1/15 1/16
**automobile [1]** 10/6
**availability [3]** 7/13 27/9 27/12

**Avenue [2]** 1/23 2/16
**aware [9]** 8/18 2/23 2/25 3/5 3/8 3/12 12/24 17/2 23/3
**away [1]** 7/5 7/7 7/11 13/10 13/12
**awful [1]** 14/12

**B**

**back [3]** 7/1 10/9 11/10
**background [1]** 12/1
**bags [6]** 26/21 26/22 26/23 26/24 27/1 27/1
**BARRY [2]** 1/11 1/19
**base [5]** 21/10 21/15 21/16 21/18 26/11
**based [5]** 21/11 21/12 21/21 26/5 26/7
**basically [3]** 13/8 21/10 28/1
**Bates [2]** 8/19 8/25 9/3
**be [15]** 2/6 2/25 9/20 10/13 13/6 13/9 13/10 14/4 14/15 14/23 17/7 20/3 25/21 25/22 26/9
**because [2]** 9/20 26/13
**become [1]** 10/13
**becoming [1]** 10/15
**been [4]** 6/24 11/24 19/22 23/8
**before [2]** 1/11 23/2
**beginning [1]** 10/9
**being [4]** 4/15 12/6 13/11 17/6
**believe [14]** 2/17 2/24 3/25 4/2 6/23 8/20 9/15 12/16 13/14 18/24 18/25 19/4 20/3 20/22
**believed [2]** 18/16 26/4
**between [4]** 5/23 5/25 9/7 16/2
**big [1]** 24/16
**bit [1]** 26/24
**blocks [1]** 7/10
**bomb [1]** 16/25
**bombs [3]** 17/4 17/6 17/7
**book [1]** 8/22
**both [1]** 8/13
**bottom [1]** 9/6
**bring [1]** 26/13
**broad [1]** 17/22
**brother [3]** 4/5 4/6 4/8
**brothers [1]** 18/20
**brought [1]** 3/13
**bunch [1]** 12/11
**buy [2]** 22/21 22/22

**C**

**call [19]** 8/18 8/20 8/24 9/1 9/2 9/3 9/7 12/21 15/23 19/4 21/17 24/17 25/18 26/2 26/3 26/5 26/10 26/11 26/18
**calls [25]** 8/17 12/8 12/20 13/14 13/16 13/17 13/18 14/12 15/4 15/7 15/9 15/10 17/7 18/11 18/13 20/17 20/23 20/24 21/1 21/4 21/10 21/13 21/25 25/14 25/19
**came [1]** 4/16
**camera [3]** 27/14 27/23 28/1
**cameras [6]** 27/2 27/3 27/9 27/12 28/5
**can [18]** 7/14 7/15 7/20 8/22 9/20 11/10 11/10 12/3 13/6 13/9 13/11 14/15 15/23 17/23 21/13 23/5 23/7 23/25
**can't [1]** 19/19
**capture [3]** 27/19 28/2 28/7
**car [7]** 5/3 5/11 5/14 5/16 5/18 5/23 6/6
**Carlo [1]** 5/1 6/13 6/18
**case [21]** 1/2 2/25 5/13 6/19 11/2 12/6 14/4 17/17 17/20 18/8 19/20 22/4 22/11 22/20 23/6 23/13 24/6 24/9 25/4 25/11 26/21
**cases [3]** 17/13 17/16 17/19
**cell [1]** 9/10

## C

center [1] 12/21
certain [2] 12/9 25/17
CERTIFIED [1] 28/19
certify [1] 28/14
chance [1] 24/1
changed [5] 13/4 13/6 13/9 13/11 25/5
characterization [1] 11/8
charges [1] 9/25
check [1] 7/15
checked [1] 6/13
CHRIS [2] 1/6 1/20
classes [1] 15/14
clear [7] 4/8 7/4 9/20 12/7 13/13 13/14
14/15
clearly [1] 15/4
closing [1] 11/11
co [1] 14/4
co-case [1] 14/4
cocaine [1] 26/21
colead [1] 25/21
come [6] 4/13 12/20 17/7 25/20 26/1
26/9
comes [1] 16/25
common [1] 25/9
compare [4] 16/20 18/3 19/19 26/2
comparison [3] 15/14 16/9 16/12
completely [2] 7/4 19/13
computer [2] 16/11 16/19
con [1] 11/12
concluded [1] 11/15
confidential [11] 20/6 20/12 20/18
20/19 21/4 21/16 21/19 21/21 21/24
22/3 22/13
connected [1] 19/20
contained [2] 23/19 23/20
content [1] 12/10
controlled [2] 22/21 22/22
controlling [2] 23/4 24/12
conversation [1] 14/20
conversations [3] 12/5 12/23 24/19
convicted [1] 22/2
conviction [2] 9/17 9/21
convictions [6] 23/2 23/6 23/11 23/12
23/21 23/22
cooperating [1] 21/20
coordinate [1] 12/22
corner [1] 9/6
correct [82]
corroborated [1] 20/20
could [7] 4/16 11/18 11/18 11/21 24/22
26/18 27/22
couple [1] 12/14
course [9] 7/13 8/23 14/18 15/1 25/7
26/24 27/6 28/5 28/6
court [4] 1/1 1/23 12/17 28/19
courtroom [2] 3/13 25/1
CR [1] 1/2
credibility [1] 19/15
criminal [3] 1/10 10/21 23/3
cross [5] 1/10 2/5 2/8 24/1 24/2
cross-examination [4] 1/10 2/5 2/8
24/2
CRR [1] 1/22
CS [22] 22/4 22/7 22/8 22/10 22/14
22/16 22/17 22/18 22/18 22/20 22/23
22/23 22/24 23/1 23/4 23/4 23/6 23/22
24/4 24/5 24/10 24/11
CS-1 [12] 22/4 22/7 22/10 22/14 22/17
22/20 22/23 22/23 22/24 23/1 23/6
23/22
CS-2 [1] 22/18
CS-3 [1] 22/18
CSs [2] 22/6 22/17

## D

currency [1] 4/21

dad [1] 4/15
date [2] 25/17 28/17
DEA [10] 10/11 10/13 10/15 11/16
11/20 11/23 15/13 17/3 17/18 17/24
deal [3] 10/4 10/4 17/4
December [2] 5/3 5/4
decided [1] 15/10
decision [8] 14/23 15/7 15/10 20/3
20/5 20/16 20/22 21/25
DEFENDANT [5] 1/11 1/19 1/19 1/20
1/20
Defendants [1] 1/7
describe [1] 13/13
detecting [2] 15/18 16/2
detection [1] 16/8
determination [2] 21/3 26/3
determine [3] 15/23 19/4 19/9
determined [2] 18/23 25/14
device [1] 13/10
did [13] 4/13 5/18 5/23 6/5 15/7 15/13
18/11 20/11 20/19 21/10 21/15 21/16
23/3
didn't [10] 4/19 10/3 15/4 17/11 18/8
24/5 24/6 24/12 26/14 27/21
difference [1] 16/2
different [8] 7/4 14/5 17/14 18/14 19/13
24/19 25/15 25/15
direct [7] 2/12 3/14 4/25 5/6 6/12 8/1
19/3
directed [1] 21/8
directly [1] 19/20
discuss [1] 26/1
discussing [1] 22/13
discussions [1] 26/6
distinction [1] 16/9
distinguishing [1] 15/21
DISTRICT [3] 1/1 1/1 1/12
DNA [2] 7/18 7/20
do [14] 7/22 8/4 16/3 16/5 16/24 17/10
17/13 17/15 18/1 18/22 19/12 24/7
25/17 27/21
does [3] 3/3 14/2 17/23
doesn't [3] 3/3 5/22 14/2
dog [1] 24/16
dollars [1] 4/20
don't [20] 2/24 3/25 4/2 4/14 4/15 4/17
5/17 8/5 8/6 10/4 13/14 17/3 17/4
17/16 17/17 18/6 22/10 22/19 23/10
24/9
done [1] 12/24
door [1] 3/20
down [1] 6/9
dozens [1] 17/8
drive [1] 5/16
driver's [4] 2/13 2/15 2/20 7/6
driving [3] 5/18 5/23 6/6
dropped [1] 25/5
drove [3] 5/7 5/10 5/14
drug [2] 7/16 25/9
dumped [1] 25/5
duration [1] 6/1
during [5] 27/2 27/6 27/7

## E

each [3] 13/8 20/17 25/16
earlier [2] 19/3 22/1
Either [1] 8/8
else [2] 20/5 21/12
else's [2] 8/12 8/12
Emmanuel [9] 3/17 3/24 4/8 4/11 5/10
5/11 5/14 5/16 7/1
Emmanuel's [1] 6/15

enforcement [7] 10/18 10/24 13/15
13/19 13/21 14/6 14/22
enter[in] 10/16
entire [1] 27/7
ERIC [2] 1/6 1/20
ESN [5] 13/2 13/4 13/4 13/8 13/10
Esq [3] 1/19 1/19 1/20
establish [1] 19/20
established [1] 18/10
events [2] 21/20 21/22
ever [2] 18/1 18/23
everything [2] 23/15 24/16
evidence [11] 3/1 3/12 6/25 7/14 7/16
7/17 7/21 7/22 7/23 19/18 25/4
exact [1] 8/1
examination [9] 1/10 2/5 2/8 4/25 5/6
6/12 8/1 19/3 24/2
EXCERPT [2] 1/3 1/10
excuse [1] 20/11
exists [1] 25/4
experience [4] 10/11 10/18 11/6 17/5
extensive [1] 12/14

## F

fact [11] 3/19 3/22 4/19 6/21 8/11 11/1
14/22 16/24 25/13 25/25 27/14
facts [2] 12/9 12/11
fair [4] 10/10 11/15 14/11 18/13
familiar [2] 3/13 9/25
family [6] 3/24 3/25 4/3 4/4 4/11 4/22
far [3] 10/6 10/13 21/25
FBI [7] 17/11 17/12 17/17 17/18 17/20
17/24 18/5
federal [3] 10/5 16/24 17/11
feel [1] 14/1
felon [1] 22/2
felony [1] 23/1
felt [2] 11/23 11/23
female [2] 4/2 4/4
find [1] 4/19
fingerprints [1] 7/18
first [3] 2/4 3/19 13/18
FL [1] 1/24
FLORIDA [3] 1/1 1/5 1/17
foregoing [1] 28/14
forensic [5] 7/14 7/21 7/23 16/11 16/19
forensic-type [1] 7/14
found [1] 6/22
FPD [1] 1/20
fraction [1] 15/4
FRANTZ [3] 1/5 1/19 9/12
frequently [1] 3/6
front [3] 3/20 4/20 4/22
further [2] 2/2 28/9

## G

gathered [1] 21/2
gave [1] 23/2
get [4] 5/17 12/17 13/12 24/1
getting [2] 6/10 11/25
give [2] 2/7 9/14
given [2] 20/18 25/16
giving [1] 22/12
go [5] 2/4 6/10 7/14 11/10 12/5
goes [4] 11/6 19/15 23/15 24/16
going [7] 2/6 3/11 8/18 13/25 16/14
19/11 20/17 21/5 26/14
good [2] 2/10 2/11
got [3] 11/2 11/20 11/22
gotten [2] 18/1 21/12
government [1] 24/4
GREFF [4] 1/11 1/19 21/6 23/23
guess [1] 2/6

**H**

had [16]  6/13 9/10 10/10 10/17 10/24
11/24 14/12 16/7 20/12 21/16 21/20
23/1 23/6 25/15 27/14 27/21
Haitian [1]  4/21
hand [1]  9/6
happened [1]  25/11
happens [1]  25/8
has [5]  6/24 8/11 9/14 19/12 23/10
hasn't [1]  17/23
have [31]
he [16]  3/2 3/3 3/3 9/10 17/22 17/23
17/23 17/23 17/23 17/23 23/10 24/7
24/11 26/13 26/14 26/14
he's [3]  11/7 12/1 22/22
hear [2]  15/4 15/7
heard [11]  8/6 8/17 16/11 16/19 16/21
17/5 18/14 18/18 18/24 18/24 26/10
heat [1]  26/24
help [1]  20/25
here [6]  3/20 6/25 16/15 21/9 21/11
25/1
him [3]  2/21 3/2 6/10
his [11]  2/20 2/22 4/5 4/6 4/15 11/25
12/1 12/1 21/9 23/3 23/12
history [1]  23/3
Honor [9]  2/2 2/7 11/5 11/8 11/14
16/14 19/11 21/5 28/12
HONORABLE [1]  1/11
Horup [1]  4/5
house [3]  3/17 3/20 7/1
how [6]  5/18 6/5 24/4 24/7 24/10 24/11

**I**

I'll [3]  12/2 17/25 19/24
I'm [27]  2/20 3/2 3/11 4/1 8/17 8/19 9/1
9/25 10/3 11/20 14/1 16/6 16/6 16/13
16/13 16/14 17/2 17/2 17/12 18/4 18/4
18/4 18/5 19/11 20/24 21/5 24/11
I've [1]  5/15
identification [1]  26/11
identified [6]  17/8 18/16 18/17 18/20
19/2 24/25
identify [4]  16/20 18/2 24/22 26/14
identifying [1]  26/17
illegal [1]  9/21
implies [1]  11/9
INDEX [1]  28/17
indicate [2]  6/23 13/23
indicated [6]  5/6 14/14 19/3 20/2 23/1
25/20
individual [3]  9/7 22/2 22/11
individuals [4]  21/1 24/22 24/25 27/8
inflexion [1]  15/19
informant [1]  21/16
information [12]  8/10 8/11 17/6 20/6
20/9 20/19 21/2 21/11 21/18 21/18
22/12 23/2
insufficient [1]  19/9
intercept [1]  12/23
investigation [8]  18/23 19/1 19/10 20/8
24/14 25/7 27/2 27/6
investigator [1]  5/13
involved [7]  6/18 11/2 18/1 22/11
22/14 22/20 24/13
is [55]
ISN [1]  12/24
isn't [16]  2/19 3/20 5/9 5/12 5/13 8/25
9/7 9/9 11/2 12/14 13/19 18/21 19/7
24/21 25/13 25/25
issues [1]  19/21
it [65]
it's [28]  2/20 2/22 4/8 5/9 7/7 7/16 8/19
9/4 10/1 11/15 12/7 12/14 12/14 13/4

13/8 13/13 14/11 14/14 14/18 16/13
18/5 18/13 18/20 19/20 23/10 23/20
23/19 23/20
itself [1]  21/7

**J**

JAMES [1]  1/11
Jan [1]  1/20
January [1]  6/3
Jeanette [3]  6/15 6/16 6/21
Jeffrey [1]  1/19
judge [11]  1/12 12/2 12/8 12/12 19/8
19/16 20/12 21/1 23/5 23/7 26/18
Judith [2]  1/22 28/19
judy [1]  1/25
jumbled [1]  9/21
JUNIOR [20]  1/5 1/19 2/13 2/18 3/5 3/8
5/7 5/15 7/5 7/22 8/4 8/8 8/15 8/20 9/9
9/9 9/17 9/21 21/21 21/22
jury [5]  1/10 6/25 12/3 21/14 23/25
just [11]  6/8 9/7 11/8 17/8 17/10 17/3
12/14 16/6 19/13 26/5 26/7
justice [1]  10/21

**K**

kind [4]  7/18 13/24 17/9 28/7
KING [2]  1/2 1/11
know [18]  3/3 3/3 4/17 8/5 9/10 16/5
16/24 17/3 17/21 17/24 21/19 22/15
22/19 22/23 23/10 24/7 24/10 26/1
knowing [1]  15/2
knowledge [1]  18/1
Koonin [3]  1/15 8/2 15/11

**L**

lab [1]  7/16
laptop [1]  27/20
last [1]  11/13
late [1]  5/4
law [7]  10/17 10/24 13/15 13/19 13/21
14/5 14/22
LAWRENCE [1]  1/11
laws [2]  10/4 10/5
lead [10]  2/25 5/13 5/13 23/13 24/6
24/9 24/14 25/3 26/13 26/17
learned [1]  20/12
least [1]  23/6
length [1]  23/24
let's [4]  5/17 12/5 17/24 26/1
license [4]  2/13 2/15 2/21 7/6
like [7]  2/4 11/3 14/1 16/25 22/17
22/17 23/11
listen [5]  12/8 13/17 15/23 18/11 26/9
listened [3]  13/18 13/20 14/12
listening [11]  13/14 13/15 14/6 21/12
21/17 24/18 24/21 25/14 25/19 26/5
26/12
little [1]  26/24
live [2]  3/23 13/25
lives [2]  2/23 4/23
living [1]  14/1
location [2]  27/15 28/1
long [1]  27/15
look [3]  8/22 22/8 23/11
looking [2]  7/9 28/1
lot [5]  8/17 10/4 14/12 25/20 25/21
Luck [2]  1/16 15/11

**M**

made [2]  15/7 20/10
majority [3]  13/18 14/3 18/17
make [4]  9/20 10/3 21/3 26/3
makes [1]  14/23
making [1]  21/25
males [2]  18/18 24/20

many [2]  6/5 24/19
material [3]  18/14
matter [12]  3/19 3/22 4/19 6/21 8/11
11/1 14/22 16/24 25/13 25/25 27/14
28/15
may [3]  4/14 16/16 26/17
Maybe [1]  7/10
me [4]  2/6 2/7 16/18 20/11
mean [4]  8/12 17/25 18/22 19/15
means [1]  14/15
MEID [1]  13/4
members [1]  4/11
Metro [2]  12/17 12/20
Mettyear [2]  9/8 9/14
Miami [4]  1/5 1/17 1/23 1/24
MICHAEL [2]  1/10 28/24
mid [1]  5/25
mid-November [1]  5/25
might [4]  14/23 17/7 25/21 28/2
mile [2]  7/10 7/11
miles [2]  7/5 7/7
minimization [2]  14/14 14/15
mixed [1]  25/18
mixing [1]  21/6
mom [1]  4/15
mom's [1]  2/19
moment [2]  26/18
monies [1]  4/19
monitored [1]  12/6
monitors [3]  13/20 13/21 14/8
Monte [3]  4/25 6/13 6/18
months [5]  10/14 10/17 11/2 11/3
15/13
more [1]  5/16
most [2]  24/19 24/20
mostly [1]  14/3
mother [1]  2/23
move [4]  3/3 3/11 12/2 17/24
Mr. [14]  8/2 9/14 9/15 15/11 15/11 21/6
21/14 21/15 22/12 22/12 22/14 23/23
27/8 28/11
Mr. Greff [2]  21/6 23/23
Mr. Koonin [2]  8/2 15/11
Mr. Luck [1]  15/11
Mr. Mettyear [1]  9/14
Mr. so-and-so [1]  21/15
Mr. Sylvin [6]  9/15 21/14 22/12 22/12
22/14 27/8
Mr. Weinkle [1]  28/11
msn [1]  1/25
much [5]  5/22 24/4 24/7 24/10 24/11
multiple [3]  22/2 22/6 23/1
multiple-convicted [1]  22/2
my [3]  5/12 10/20 24/6
myself [1]  14/4

**N**

name [2]  8/12 28/22
names [1]  8/14
NE [2]  1/17 3/11
need [1]  14/18
neither [1]  8/15
never [3]  17/5 17/18 17/20
new [2]  13/10 13/12
Next [1]  6/8
night [1]  5/4
no [28]  1/2 2/2 4/18 7/21 7/25 8/16 9/3
10/3 10/17 10/19 10/20 10/24 11/20
15/1 15/15 15/17 15/18 15/20 15/21
15/25 16/3 16/9 16/10 16/10 17/10
18/7 18/9 24/8
non [2]  13/19 14/5
non-law [2]  13/19 14/5
nondrug [1]  7/17
Northeast [1]  7/2

**N**

not [40]
not most [1]  24/20
notes [1]  26/2
nothing [2]  19/12 28/9
November [2]  5/25 6/3
now [16]  2/12 3/16 4/25 6/12 8/1 8/17
 8/25 9/17 15/4 15/13 18/10 21/10 22/7
 24/18 25/19 27/2
number [14]  8/12 8/18 8/19 8/24 9/1
 9/2 9/3 9/3 9/15 12/24 13/2 13/9 13/10
 20/4
numbers [2]  8/3 8/9
numerous [3]  24/22 24/22 24/25
NW [3]  2/15 27/15 28/2

**O**

oath [1]  12/8
object [3]  16/14 19/11 21/5
objection [4]  11/5 11/13 19/24 19/25
obtain [1]  12/7
obvious [1]  14/18
occasion [2]  25/17 25/25
Occasionally [1]  14/3
occasions [1]  25/15
occur [1]  28/3
occurred [1]  15/2
off [6]  14/2 14/16 14/19 14/24 15/1
 15/2
offender [1]  9/22
offense [1]  10/5
Office [1]  1/16
officer [1]  10/19
officers [1]  13/15
Official [1]  1/23
often [4]  5/10 5/14 5/15 5/18
Oh [1]  3/2
okay [11]  3/4 5/12 5/21 7/4 7/11 7/12
 7/21 9/5 20/14 24/9 25/10
old [1]  26/22
Once [1]  20/21
one [17]  2/7 3/12 4/4 8/8 8/15 8/18
 8/20 12/16 16/21 19/3 20/8 20/17 22/4
 22/20 25/5 25/17 26/18
ones [1]  18/16
opinion [2]  11/25 17/22
opinions [2]  5/17 6/10
order [2]  12/17 12/19
Othello [8]  5/10 5/14 5/16 5/18 5/23
 6/5 6/16 6/22
Othello's [5]  3/17 3/24 4/8 4/11 7/1
other [7]  4/11 13/24 14/4 25/16 25/21
 26/6 26/25
our [4]  7/16 12/22 17/10 26/11
out [4]  6/25 8/18 18/5 20/25
outside [1]  27/14
Overruled [1]  16/16

**P**

page [3]  8/24 9/2 9/5
pages [4]  1/7 12/14 12/16 23/24
paid [4]  24/4 24/7 24/10 24/11
part [8]  20/2 20/5 20/8 20/16 20/17
 20/22 21/2 21/24
participants [2]  19/9 19/10
particular [1]  27/8
past [1]  20/2
Patricia [1]  3/25
Pause [1]  26/19
pay [1]  24/5
PCS [2]  12/18 12/20
people [6]  3/22 14/6 18/24 19/2 24/19
 25/15
people's [1]  12/8

percent [1]  5/19 5/21
period [4]  5/23 5/24 14/1 1/37/15
person [5]  5/8 9/9 9/14 22/20 22/22
phone [27]  8/3 8/12 8/17 9/1 9/10 9/15
 12/23 12/25 13/7 13/8 13/12 13/12
 13/17 13/18 14/12 14/15 15/9 15/23
 18/11 20/4 20/17 21/17 25/17 26/5
 26/10 26/10 26/16
phones [8]  8/13 20/4 24/18 25/4 25/14
 25/15 25/16 25/18
phonetic [2]  4/5 9/8
phrases [3]  15/21 16/2 16/5
pick [1]  8/18
picture [2]  3/19 27/19
pictures [3]  27/3 27/18 27/22
pin [1]  6/9
Plaintiff [2]  1/4 1/15
plastic [3]  26/21 26/22 26/22
played [1]  15/10
please [2]  2/7 3/2
point [5]  4/13 5/12 8/18 11/22 19/16
police [1]  10/19
position [2]  11/16 25/3
possibly [1]  17/12
present [1]  4/12
presented [2]  2/13 6/24
prior [3]  10/15 10/17 19/19
pro [1]  11/12
probably [2]  18/5 22/15
probation [2]  11/3 11/9
procedures [1]  7/14
proceedings [1]  28/15
provide [2]  12/17 12/19
provided [1]  21/4
punishment [1]  11/9
purpose [1]  28/6
Pursuant [1]  18/23

**Q**

qualifications [1]  12/1
qualified [2]  11/23 11/23
question [14]  6/8 10/20 11/13 14/19
 16/16 16/18 17/21 19/12 20/10 21/8
 21/10 21/13 21/17 24/7
questions [1]  2/2
quite [1]  25/8

**R**

RAINWATER [3]  1/10 2/10 28/24
rather [1]  6/9
RC [1]  28/22
RD [1]  28/22
reaction [1]  21/22
read [1]  9/17
REALTIME [1]  28/19
rearranges [1]  12/20
recall [6]  4/14 4/15 8/4 8/6 22/10 25/17
receive [2]  20/19 21/19
received [2]  20/6 20/8
record [1]  28/15
recorded [2]  14/20 15/5
recorder [2]  14/15 14/19 14/24
recordings [1]  18/3
records [1]  6/23
redirect [1]  24/1
reference [1]  19/12
regard [1]  17/8
regarding [4]  12/5 12/25 16/8 22/12
registered [3]  6/14 6/14 6/21
regular [1]  26/22
regularly [1]  25/8
related [2]  10/1 19/1
relating [1]  19/22
relevance [1]  16/15
repeat [2]  16/18 20/11

Reported [1]  1/22
Reporter [3]  1/23 28/19 28/19
residence [6]  3/14 3/16 3/23 3/23 4/20
 4/22 7/5 28/6
review [1]  26/10
reviewed [1]  15/9
right [32]
right-hand [1]  9/6
Robert [1]  1/16
roof [1]  7/3
room [7]  1/23 12/22 13/13 13/23 13/24
 14/4 14/23
roughly [1]  12/16
ruled [1]  19/22
rules [1]  19/18
Russell [1]  1/15

**S**

said [6]  3/3 5/11 17/11 17/20 22/17
 23/11
Sakin [1]  1/20
same [3]  7/3 7/3 22/1
sandwich [1]  27/1
saw [1]  2/21
say [16]  5/15 5/15 7/7 9/8 9/9 10/3
 10/10 11/15 14/3 14/11 17/11 18/13
 18/13 20/17 26/1 26/9
saying [8]  9/10 11/20 11/21 11/22
 15/24 22/14 22/23 23/10
says [2]  10/5 17/23
schedule [1]  14/10
scheduled [1]  21/22
school [2]  10/22 10/23
Scott [1]  1/20
seal [1]  26/24
second [1]  2/7
see [6]  5/18 5/23 6/5 6/13 22/8 23/12
seek [1]  10/14
seen [2]  5/11 5/15
separate [1]  8/14
serial [1]  13/9
series [1]  12/11
serious [1]  17/8
session [1]  9/3
set [4]  11/17 11/18 22/21 22/22
several [3]  11/2 24/24 25/14
sharing [1]  7/3
she [1]  4/3
shelton [3]  1/22 1/25 28/19
should [2]  2/25 19/22
showed [1]  3/19
sign [1]  23/3
Signature [1]  28/19
signed [1]  23/24
significance [1]  26/16
since [1]  15/16
sir [1]  12/4
sister [1]  6/15
sleeps [1]  3/8
Smith [1]  1/20
smooth [1]  26/22
solely [1]  26/12
some [9]  4/13 4/21 11/9 11/22 17/9
 18/24 19/16 19/21 25/4
somebody [3]  8/12 8/12 21/12
someone [2]  20/5 26/17
something [6]  13/6 16/25 17/8 17/8
 26/10 26/16
sometimes [4]  13/23 13/24 14/1 16/25
soon [2]  11/20 11/22
sorry [4]  3/2 4/1 8/9 9/1
sort [2]  11/9 19/19
sought [1]  10/10
sound [1]  18/2
source [6]  20/12 20/18 21/4 21/21 22/3

**S**

source... [1] 22/13
sources [4] 20/6 20/19 21/19 21/24
SOUTHERN [1] 1/1
speaker [2] 15/22 16/3
speakers [1] 8/20
speaking [7] 20/4 20/24 21/1 21/3 21/9 21/14 21/15
specific [1] 15/18
specifically [1] 21/8
spectral [1] 18/2
spent [1] 10/14
stamp [3] 8/19 8/25 9/3
started [1] 2/12
state [2] 9/25 10/4
stated [1] 21/14
statements [1] 19/19
STATES [4] 1/1 1/3 1/12 1/23
STERLIN [3] 1/5 1/19 9/12
still [3] 27/3 27/9 27/9
stop [1] 6/18
stopped [1] 5/3
Street [6] 1/17 3/12 7/9 7/9 27/15 28/2
studied [1] 10/21
stuff [5] 6/22 6/24 7/18 11/12 21/11
submit [1] 7/16
subscriber [2] 8/10 8/11
sufficiently [1] 11/24
sure [14] 2/20 10/2 10/3 10/4 11/19 16/13 16/19 17/12 18/4 18/4 18/5 18/15 23/3 24/11
surveillance [6] 18/25 19/5 19/8 19/16 20/2 21/20
sustain [2] 19/24 19/24
sustained [2] 11/7 11/13
swapped [1] 25/15
swear [5] 12/8 12/10 12/12 23/5 23/7
switch [1] 14/2
swore [5] 19/7 23/9 23/17 23/19 23/21
SYLVIN [23] 1/5 1/11 1/19 2/13 3/5 3/8 5/7 7/22 8/4 8/8 8/21 9/9 9/9 9/15 9/17 9/21 21/14 21/21 21/22 22/12 22/12 22/14 27/8
Sylvin's [3] 2/19 7/6 8/15

**T**

take [1] 27/22
taken [2] 6/25 15/16
talk [2] 22/4 26/14
talked [2] 4/25 22/1
talking [6] 9/2 9/12 10/6 22/3 22/7 22/16
tapes [1] 16/20
TAYLOR [2] 1/6 1/20
technology [1] 18/4
telephone [5] 12/5 19/4 20/23 21/25 26/12
tell [3] 5/22 17/23 20/11
terminology [1] 11/12
testified [5] 3/14 6/24 8/1 8/2 8/19
testimony [7] 2/12 2/22 17/18 21/9 21/11 22/10 22/19
testing [1] 7/14
than [3] 5/16 6/9 26/25
thank [5] 11/14 21/1 23/1 28/10 28/12
that [148]
that's [33]
them [1] 16/25
then [8] 11/1 12/20 22/14 22/22 22/23 23/21 26/2 26/3
there [27] 4/2 4/4 4/5 4/6 4/8 4/11 4/15 13/25 14/1 14/5 18/10 19/22 22/6 22/17 22/17 24/21 24/24 24/25 25/20 25/21 25/21 25/22 26/9 26/16 27/2

27/23
there's [2] 21/6 23/20
therefore [1] 14/18
these [15] 5/17 12/3 13/14 13/15 20/17 20/22 21/24 21/25 21/25 24/18 24/21 25/4 25/14 25/19 27/8
they [8] 4/13 4/14 4/16 12/22 13/4 14/6 17/2 24/23
they're [9] 8/14 9/12 13/20 14/10 15/23 19/1 26/21 26/22 27/1
they've [1] 25/20
thing [3] 6/9 14/14 19/19
things [3] 12/3 20/11 20/12
think [3] 19/24 26/9 26/24
this [59]
those [4] 8/8 18/13 21/22 28/5
though [1] 11/15
thousands [3] 4/20 18/11 24/18
threat [2] 16/25 17/9
three [2] 6/7 11/3
through [9] 1/7 5/25 6/3 7/15 19/5 20/2 23/15 24/16 25/7
throw [2] 13/9 13/12
tickets [1] 10/7
tie [1] 17/25
time [11] 4/2 5/19 5/21 5/24 5/24 10/10 11/11 17/23 17/24 27/7 27/15
times [2] 6/5 25/22
today [4] 2/12 11/20 21/9 21/11
together [4] 17/13 17/16 17/19 17/24
told [3] 12/1 19/15 21/16
tone [1] 18/15
took [2] 27/3 27/18
topics [2] 19/13 21/6
total [1] 10/15
traffic [6] 9/22 9/24 10/1 10/5 10/6 10/7
traffickers [1] 25/9
trained [1] 11/24
training [15] 10/15 10/17 10/24 11/16 15/13 15/18 15/21 15/22 15/25 16/1 16/3 16/3 16/7 16/7 16/9
transcript [3] 1/3 1/10 28/14
TRIAL [2] 1/3 1/10
true [12] 5/9 5/12 5/13 8/25 9/7 11/2 18/17 18/20 19/7 24/21 25/13 25/25
try [1] 28/6
trying [2] 6/9 20/24
Tuesday [1] 1/4
turn [2] 14/24 15/1
turned [2] 14/15 14/19
two [6] 4/7 14/24 10/11 11/1 19/13 21/6
type [2] 7/14 28/2
types [1] 7/13
typical [1] 27/1

**U**

U.S [2] 1/16 15/8
under [2] 11/4 19/18
understand [1] 11/21
UNITED [4] 1/1 1/3 1/12 1/23
unless [1] 19/20
up [9] 3/20 4/16 10/9 11/17 11/18 17/25 22/21 22/22 25/18
upon [1] 19/22
us [4] 5/22 12/1 12/22 26/9
use [8] 8/3 16/24 17/2 17/10 18/6 18/8 26/11 28/6
used [10] 8/5 16/11 16/13 16/19 17/6 18/2 18/5 21/22 22/4 27/2
uses [1] 17/12
using [2] 8/5 27/19
utilized [1] 21/24

**V**

varies [1] 13/24

vehicle [2] 5/7 5/9
versus [1] 16/6
very [9] 5/10 5/12 5/14 5/15 7/4 9/20
VICTOR [2] 1/6 1/20
video [2] 27/5 27/12
violations [1] 9/24
visits [1] 3/5
voice [10] 15/14 15/18 15/19 16/3 16/7 16/8 16/9 16/9 16/11 26/12
voices [5] 16/20 18/3 18/14 18/17 18/20

**W**

wall [2] 3/20 7/3
want [4] 9/20 10/3 10/9 24/17
wanted [1] 10/3
warrant [1] 4/3
was [67]
wasn't [3] 4/4 6/21 24/12
Waste [1] 11/11
watching [1] 27/7
waves [1] 18/2
way [2] 15/1 19/21
ways [1] 19/4
we [22] 2/21 7/16 7/20 8/17 12/10 13/17 15/4 15/7 15/9 17/10 17/24 19/2 20/8 20/19 21/18 21/19 21/20 22/1 22/3 23/1 26/10 26/11
we're [5] 7/4 10/6 17/14 22/7 22/16
we've [1] 18/10
Wednesday [1] 28/17
weeks [1] 10/16
Weinkle [2] 1/19 28/11
Well [10] 5/22 8/6 10/20 10/21 11/10 17/14 19/18 22/7 23/25 27/23
went [3] 20/3 20/5 20/16
were [19] 3/23 4/11 8/2 8/3 11/16 11/23 12/6 15/10 15/10 18/18 20/16 24/21 24/23 25/5 25/13 25/18 25/19 25/21 28/5
weren't [2] 6/12 25/22
what [30]
whatever [2] 25/5 28/2
whatsoever [2] 7/21 10/18
when [13] 2/12 5/22 8/2 11/15 12/7 14/19 14/24 16/25 20/10 21/14 24/1 25/13 25/19
where [9] 2/21 3/12 3/16 4/22 6/22 20/8 25/17 26/17 26/21
whether [4] 6/12 7/16 22/19 25/10
which [10] 6/2 9/1 9/3 11/1 13/8 15/7 15/10 22/3 22/8 24/20
while [1] 15/2
who [22] 2/4 6/13 6/14 13/15 13/21 14/6 19/4 20/3 20/4 20/16 20/22 21/3 21/9 22/2 22/15 22/23 22/24 23/6 24/22 24/25 26/2 26/3
whoever [1] 14/23
whose [3] 2/20 20/4 26/3
why [1] 17/21
will [3] 13/10 14/3 26/9
wire [8] 6/1 11/18 12/7 12/22 13/23 13/24 14/4 14/11
wiretap [11] 9/19 10/10 11/17 11/18 11/24 18/21 18/25 19/8 19/21 21/7 23/5
wiretaps [2] 8/3 10/14
wish [1] 11/11
Without [1] 17/22
witness [1] 2/3
WITNESSES [1] 28/21
word [2] 8/5 8/7
words [5] 8/2 9/20 15/21 16/2 16/5
work [4] 17/13 17/15 17/17 17/24
worked [1] 17/20

## W

**working [1]** 11/4
**works [1]** 17/19
**would [15]** 2/4 5/15 14/4 18/13 22/8
 23/8 23/11 25/22 26/1 26/2 26/10
 26/11 26/13 27/19 28/6
**wouldn't [3]** 5/15 7/7 7/8
**write [1]** 11/18

## Y

**Yeah [3]** 8/14 27/6 27/22
**years [2]** 10/11 11/1
**yes [74]**
**you [184]**
**you'd [1]** 21/12
**you're [29]**
**you've [2]** 15/16 17/5
**your [38]**
**yours [1]** 17/11
**yourself [1]** 15/8

## Z

**Ziploc [1]** 27/1