UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20264-CR-KING(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUNIOR SYLVIN,
CHRIS VICTOR,

    Defendants.
_____/

## ORDER SETTING SENTENCING HEARING

THIS MATTER comes before the Court upon the unanimous Verdict of Guilty as to counts 1,5,6,7 and 14 rendered as to defendant, Junior Sylvin of the Superseding Indictment, and count 1 as to defendant, Chris Victor of the Superseding Indictment, filed on April 29, 2010. The Court finds that the defendants are adjudicated guilty to the aforementioned counts, therefore, it is

ORDERED, ADJUDGED and DECREED that the defendants are set for Sentencing on **Wednesday, July 21, 2010 at 10:00 A.M.** at the James Lawrence King Federal Justice Building, and United States Courthouse in Courtroom II, Eleventh Floor.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of May, 2010.

                                         *James Lawrence King* (signature)
                                         JAMES LAWRENCE KING
                                         UNITED STATES DISTRICT JUDGE
                                         SOUTHERN DISTRICT OF FLORIDA

cc:    Russell Koonin, AUSA
        Robert Luck, AUSA
        Barry S. Greff, Esq.
        Scott W. Sakin, Esq.
        Pretrial Services
        U.S. Marshal